1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JASON KLEINWAKS (NYBN 5335013 / DCBN 1049058)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6924
7      FAX: (415) 436-7234
       jason.kleinwaks@usdoj.gov
8
9  Attorneys for United States of America

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: 5:20-mj-71170-MAG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | PRELIMINARY HEARING TO AUGUST 16, AND |
| v. ) | TO EXCLUDE TIME FROM JUNE 4, 2021, |
| ) | THROUGH AUGUST 16, 2021, UNDER RULE 5.1 |
| LEOBARDO SOLORIO-QUEZADAS, ) | AND THE SPEEDY TRIAL ACT [18 U.S.C. § |
| ) | 3161(h)(7)(A) AND (h)(7)(B)(iv)] |
| Defendant. ) | |

This case is presently set for a preliminary hearing on June 4, 2021. The United States and the defendant hereby stipulate to the continuance of the preliminary hearing to August 16, 2021, to permit defense counsel to continue to review materials previously provided by the government with the defendant and to continue to discuss how to proceed with the defense. The parties further stipulate that the time from June 4, 2021 through and including August 16, 2021, should be excluded from the period of time within which to conduct a preliminary hearing. The parties further stipulate that the time from June 4, 2021 through and including August 16, 2021, should be excluded from the period of time within

1

which the defendant's trial must commence pursuant to the Speedy Trial Act because a failure to do so would unreasonably deny the defendant the reasonable time necessary for effective preparation. Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.

Defendant Leobardo Solorio-Quezadas has been advised of this request and specifically consents to exclusion of time from June 4, 2021, through and including August 16, 2021, from the period of time within which to conduct a preliminary hearing in this matter.

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

DATED: June 2, 2021

        /s/
JASON KLEINWAKS
Assistant United States Attorney

DATED: June 2, 2021

        /s/
ARTURO HERNANDEZ-MELENDEZ
Counsel for Leobardo Solorio-Quezadas

**ORDER**

Based upon the representations made in the parties' stipulation above and for good cause shown, the Court makes the following findings:

1. There is good cause for excluding time from June 4, 2021, through and including August 16, 2021, under the Speedy Trial Act and from the period of time within which to conduct a preliminary hearing in this matter under Federal Rule of Criminal Procedure 5.1;

2. The defendant has specifically consented to the exclusion of such periods;

3. Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

4. The ends of justice served by excluding the time from June 4, 2021, through and including August 16, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

Having made these findings,

IT IS HEREBY ORDERED that the time from June 4, 2021, through and including August 16, 2021, is excluded from the period of time within which to conduct a preliminary hearing. The Court excludes the time from June 4, 2021, through and including August 16, 2021, from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**IT IS SO ORDERED** this __2nd__ day of June 2021.



HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE