1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY A. SMOLEN (CABN 293328)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6779
7       FAX: (415) 436-7234
        molly.smolen@usdoj.gov
8
   Attorneys for United States of America
9
                   UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,              )  Case No. 5:20-mj-71170-MAG-1
                                          )
14         Plaintiff,                     )  STIPULATION AND PROTECTIVE ORDER[1]
                                          )
15     v.                                 )
                                          )
16 LEOBARDO SOLORIO-QUEZADAS,             )
                                          )
17         Defendant.                     )
   _____)
18

19         With the agreement of the parties, the Court enters the following Protective Order:

20         Defendant is charged with violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) – distribution

21 of 500 grams or more of a mixture and substance containing methamphetamine.  Upon receipt of a

22 discovery request, the United States will produce documents and other materials pertaining to the

23

24 _____
         [1] This sample Protective Order ("Order") is not intended to cover every situation (*e.g.*, trade
25 secrets or cases in which exposure of protected material could endanger a victim or witness), nor does it
   cover disclosure of Confidential Source information.  Those situations, among others, may require more
26 robust protections than are contained in this sample Order.  The Court and the parties should tailor any
   proposed protective order to suit the needs of a particular case.  This Order is also not intended to affect
27 the obligations of either party or the timing of when discoverable materials must be produced.  Those
   obligations are governed by Rule 16 of the Federal Rules of Criminal Procedure, Rule 16-1 of the
28 Northern District of California Criminal Local Rules, and 18 U.S.C. § 3500 and Rule 26.2 of the Federal
   Rules of Criminal Procedure (the Jencks Act).

STIPULATED PROTECTIVE ORDER
5:20-mj-71170-MAG-1

defendant and the charged offense to defense counsel.  The discovery to be provided includes documents or other materials falling into one or more of the following categories (collectively, "Protected Information"):

1. Personal Identifying Information of any individual (other than his or her name), including without limitation any person's date of birth, social security number, residence or business address, telephone numbers, email addresses, driver's license number, professional license number, family members names, or criminal histories ("Personal Identifying Information");

2. Financial information of any individual or business, including without limitation bank account numbers, credit or debit card numbers, account passwords, contact information, and taxpayer identification numbers ("Financial Information");

3. Medical records or other patient information of any individual covered by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) ("Medical Information");

4. Sealed court filings that contain information regarding third parties that are targets or potential targets of investigation, including the following types of documents if they contain such information: sealed applications, affidavits, and orders authorizing search warrants; applications for and orders authorizing the interception of wire and electronic communications; pen register and trap and trace applications and orders, applications for and orders authorizing the provision of information pursuant to 18 U.S.C. § 2703(d); and applications for and orders authorizing investigative process pursuant to the All Writs Act ("Investigatory Materials"); and

5. Audio and/or video recordings involving confidential sources, cooperating witnesses, and/or undercover officers or agents ("CS/UC Information").

The United States will identify discovery materials as Protected Information by marking such materials "CONFIDENTIAL– SUBJECT TO PROTECTIVE ORDER" or by providing written notice identifying discovery materials as Protected Information.

To ensure that Protected Information is not subject to unauthorized disclosure or misuse, **IT IS HEREBY ORDERED** that defense counsel of record, their investigators, assistants, employees, and independent contractors (collectively, "the Defense Team") may review with the

1   defendant all discovery material produced by the government, but shall not provide a defendant with

2   copies of, or permit defendant to make copies of, or have unsupervised access to, Investigatory Materials

3   and/or CS/UC Information (without regard to whether counsel for defendant has redacted those

4   materials) and any discovery material produced by the government that contains Personal Identifying

5   Information, Financial Information, and/or Medical Information, unless the Personal Identifying

6   Information, Financial Information, and/or Medical Information has first been entirely redacted from the

7   discovery materials.  The government and defense counsel are ordered to work together to ensure that

8   these materials are protected, but that defendant has as much access to the materials as can be provided

9   consistent with this Court's order.  Discovery material that clearly pertains to a specific defendant and

10   does not contain Protected Information regarding any other person (*e.g.*, defendant's own bank records,

11   telephone records, and business records) may be provided to that defendant unredacted, with the

12   exception of Investigatory Materials and CS/UC Information.

13          The Defense Team may show witnesses Personal Identifying Information, Financial Information,

14   and/or Medical Information in the course of preparing a defense if the witness, by reason of their

15   participation in the proceeding, would have seen or had reason to know such information.  Witnesses

16   may only view Personal Identifying Information, Financial Information, and/or Medical Information in

17   the presence of the Defense Team.  The Defense Team may make derivative use of the information

18   contained in Investigatory Materials and CS/UC Information to pursue investigative leads and question

19   witnesses in furtherance of preparing possible defenses.  Regarding derivative use, the Defense Team

20   shall not disclose the source of said information in any way to witnesses (including that the information

21   came from government sources), or allow witnesses to view or have a copy of Investigatory Materials or

22   CS/UC Information.

23          Defense counsel may also provide unredacted copies of Protected Information to any experts

24   retained to assist with the preparation of the defense in the captioned case.  The defendant, all members

25   of the defense team, and any experts who receive discovery under this Order shall be provided a copy of

26   this Order along with those materials and shall initial and date the order reflecting their agreement to be

27   bound by it.

28          The materials provided pursuant to this protective order may only be used for the specific

STIPULATED PROTECTIVE ORDER
5:20-mj-71170-MAG-1

1  purpose of preparing or presenting a defense in this matter.

2       This Order shall also apply to any copies made of any materials covered by this Order.

3       **IT IS FURTHER ORDERED** that neither a defendant nor any member of the Defense Team

4  shall provide any Protected Information produced by the government to any third party (*i.e.*, any person

5  who is not a member of the defense team), except in the manner described above with respect to

6  witnesses or experts, or make any public disclosure of the same, other than in a court filing, without the

7  government's express written permission or further order of this Court.  If a party files a pleading that

8  contains or attaches Protected Information subject to this Order, the Protected Information must be filed

9  under seal.

10       **IT IS FURTHER ORDERED** that after any judgment or disposition has become final and there

11  are no pending appeals counsel for the defendant shall notify the government so that the government

12  may request Protected Information subject to this Protective Order (including any copies) be returned to

13  the United States or destroyed.  Upon request of the United States, counsel for defendant shall return or

14  destroy materials subject to this Protective Order (including any copies) within 14 days, unless counsel

15  for defendant can ensure that the Protected Information will continue being kept under the conditions

16  specified in this Order.  To the extent the Defense Team maintains possession of the Protected

17  Information, it agrees to do so under the conditions specified in this Order.  If counsel for defendant

18  returns documents and materials subject to this Order to the United States, the United States shall

19  maintain those documents and materials until the period for filing a motion under 28 U.S.C. § 2255 has

20  expired.  After the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United

21  States is free to destroy documents and materials subject to this Order.  If defendant is represented by

22  counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the

23  documents and materials subject to this Protective Order under the terms of this Order.

24       This stipulation is without prejudice to either party applying to the Court to modify the terms of

25  any protective order.  This Court shall retain jurisdiction to modify this Order upon motion of either

26  party even after the conclusion of district court proceedings in this case.

27

28

STIPULATED PROTECTIVE ORDER
5:20-mj-71170-MAG-1

1  **IT IS SO STIPULATED.**                         STEPHANIE M. HINDS
                                                     Acting United States Attorney
2

3

4  Dated: November 17, 2021                          ___/s/_____
                                                     MOLLY A. SMOLEN
5                                                    Assistant United States Attorney

6

7                                                    ___/s/_____
                                                     ARTURO HERNANDEZ-MELENDEZ
8                                                    Counsel for Defendant Leobardo Solorio-
                                                     Quezadas
9

10

11  **IT IS SO ORDERED.**

12

13  Dated: November 22, 2021                         HON. KANDIS A. WESTMORE
                                                     United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED PROTECTIVE ORDER
5:20-mj-71170-MAG-1